IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | DOCKET NO. 0979 3:11CR00086-002-BR |
|---|---|
| v. | ORDER TERMINATING SUPERVISED RELEASE TERM PRIOR TO |
| JOSEPH EDWARD ARMIJO, | EXPIRATION DATE |
| Defendant. | |

On May 18, 2012, this Court sentenced defendant to a time served prison term followed by a 3-year term of supervised release. The supervised release term commenced on May 18, 2012. Defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is recommended that his term of supervised release be terminated.

Respectfully submitted,

_____
Richard Yarington
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, **IT IS ORDERED** that the term of supervised release be terminated and defendant be discharged from supervision.

DATED this _____ day of July, 2013.

_____
The Honorable Anna J. Brown
U.S. District Judge

ORDER—ARMIJO, JOSEPH EDWARD                                          Page 1
RY//43129